UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH ANNE MILLER, Personal
Representative of the ESTATE OF
BETH ANN KELLY,                                    Case No. 12-cv-11684

       Plaintiff,                              Paul D. Borman
                                                   United States District Judge
v.
                                                   R. Steven Whalen
MYLAN INC., ET AL.,                                United States Magistrate
                                                   Judge

       Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE WHALEN'S FEBRUARY 8, 2017 REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR APPROVAL OF AND AUTHORITY TO SETTLE WRONGFUL DEATH CLAIM (ECF NO. 56); (2) GRANTING PLAINTIFF'S MOTION FOR APPROVAL AND AUTHORITY (ECF NO. 50) AND (3) DISMISSING THIS ACTION WITH PREJUDICE

In a Report and Recommendation issued on February 8, 2017, Magistrate Judge R. Steven Whalen recommended that this Court grant Plaintiff's unopposed motion for approval of and authority to settle this wrongful death action and dismiss the action with prejudice. ECF No. 56, Report and Recommendation. Having reviewed the Report and Recommendation and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS the motion for approval and authority to settle (ECF No. 50) and specifically:

    1) Approves and gives full authority to the Personal Representative to settle this wrongful death claim;

    2) Gives full authority to the Personal Representative to sign releases and all related settlement paperwork for the settlement of this claim as it pertains to all Defendants;

3) Approves the settlement and orders the reimbursement and payment of partial litigation costs and expenses;

4) Approves and orders the distribution of the net remainder of the settlement proceeds, as set forth in Confidential Exhibit A (ECF No. 58, Sealed Confidential Exhibit A); and

5) DISMISSES this action against all Defendants WITH PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 3, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 3, 2017.

s/Deborah Tofil
Case Manager